UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENARD T. POLK,<br><br>　　　　　　　　Petitioner,<br>v.<br>NEVADA ATTORNEY GENERAL,<br><br>　　　　　　　　Respondent. | Case No. 3:05-cv-00252-RCJ-VPC<br><br>ORDER |

On January 25, 2006, this court dismissed petitioner Renard T. Polk's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 with prejudice (ECF No. 29). Judgment was entered on January 26, 2006 (ECF No. 30). Polk appealed, and the Ninth Circuit Court of Appeals denied Polk's request for a certificate of appealability on December 1, 2006 (ECF No. 37).

More than ten years later, Polk filed another notice of appeal and amended notice of appeal with the Ninth Circuit (ECF Nos. 43, 44). He also filed what he styled a motion for petition for judicial review and application to enforce in this court (ECF No. 45). On February 6, 2018, this court denied the motion as delusional and frivolous.

**IT IS THEREFORE ORDERED** that, as reasonable jurists would not find the denial of this motion debatable, a certificate of appealability is **DENIED**.

DATED: April 9, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1