UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENARD T. POLK,<br><br>　　　　　　　Petitioner,<br>　v.<br>NEVADA ATTORNEY GENERAL,<br><br>　　　　　　　Respondent. | Case No. 3:05-cv-00252-RCJ-VPC<br><br>ORDER |

On January 25, 2006, this court dismissed petitioner Renard T. Polk's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 with prejudice (ECF No. 29). Judgment was entered on January 26, 2006 (ECF No. 30). Polk appealed, and the Ninth Circuit Court of Appeals denied Polk's request for a certificate of appealability on December 1, 2006 (ECF No. 37).

Despite this court's October 29, 2014 order directing that Polk shall file no further documents in this closed action, he has persisted in filing numerous motions that seek to relitigate his federal habeas claims (*see* ECF Nos. 41, 45, 52, 58, 59, 64). In accordance with this court's previous orders (ECF Nos. 41, 58),

**IT IS ORDERED** that petitioner's motion for request for submission (ECF No. 59) and motion to modify and terminate prospective relief (ECF No. 64) are both **DENIED**.

**IT IS FURTHER ORDERED** that, as reasonable jurists would not find the denial of these motions to be debatable, a certificate of appealability is **DENIED**.

DATED: 30 July, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1