| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RENARD T. POLK, | | Case No. 3:05-cv-00252-RCJ-VPC |
| | Petitioner, | ORDER |
| v. | | |
| NEVADA ATTORNEY GENERAL, | | |
| | Respondent. | |

On January 25, 2006, this court dismissed petitioner Renard T. Polk's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 with prejudice (ECF No. 29). Judgment was entered on January 26, 2006 (ECF No. 30). Polk appealed, and the Ninth Circuit Court of Appeals denied Polk's request for a certificate of appealability on December 1, 2006 (ECF No. 37).

Despite this court's October 29, 2014 order directing that Polk shall file no further documents in this closed action, he has persisted in filing numerous motions that seek to relitigate his federal habeas claims (*see* ECF Nos. 41, 45, 52, 58, 59, 64). Currently before the court are his motions to amend application for certificate of appealability (ECF No. 68) and motion for appointment of counsel (ECF No. 71). In accordance with this court's previous orders (ECF Nos. 41, 58),

**IT IS ORDERED** that petitioner's motion for amended application of certificate of appealability (ECF No. 68) and motion for appointment of counsel (ECF No. 71) are both **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

DATED: 2 March 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE